

**FILED**

APR 2 0 2016

Clerk, U.S. District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

ALLISON L. HARVEY,⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀CV-15-69-BLG-CSO
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
vs.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀⠀⠀**ORDER**
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀**FOR ATTORNEY FEES**
CAROLYN W. COLVIN,⠀⠀⠀⠀)⠀⠀⠀⠀**UNDER EAJA**
Acting Commissioner of Social⠀)
Security,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀⠀)

⠀⠀⠀⠀Plaintiff having moved the Court pursuant to the Equal Access to Justice Act

(EAJA), 28 U.S.C. §2412, for attorney fees, and defendant having stipulated to

plaintiff receiving reasonable attorney fees under EAJA, and defendant not filing

any objection to the reasonableness of the amount of fees claimed, and good cause

appearing

⠀⠀⠀⠀It is hereby ORDERED that attorney's fees in the total amount of $3,736.70

pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall:

1.    Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586; 130 S. Ct.

2521 (2010) and delivered via check to Plaintiff's counsel, Russell A. LaVigne, Jr.,

PO Box 2541, Thompson Falls MT 59873;  *however,*

2.    If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees

are not subject to any offset allowed under the Department of the Treasury's Offset

Program, then the check for EAJA fees, expenses, and costs shall be made payable

to Plaintiff's attorney, Russell A. LaVigne, Jr., and delivered via check to Russell

A. LaVigne, Jr., PO Box 2541, Thompson Falls MT 59873.

Dated this 20th day of _____April____, 2016.

Carolyn S. Ostby
U.S. Magistrate Judge